# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00330-GCM

| | |
|---|---|
| **DEMEATA O. WATSON ROBINSON,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **TALENTBRIDGE, INC., DRIVEN BRANDS SHARED SERVICES, LLC,** | |
| **Defendant.** | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Michael Willats (Doc. No. 7).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Willats is admitted to appear before this court *pro hac vice* on behalf of Defendant Driven Brands Shared Services, LLC.

**IT IS SO ORDERED**.

Signed: July 22, 2021

Graham C. Mullen
United States District Judge