# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Demeata O. Watson Robinson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00330-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Driven Brands Shared Services, LLC, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2021 Order.

November 29, 2021

Frank G. Johns, Clerk
United States District Court